|   |   |
|---|---|
| Entered on Docket<br>November 16, 2010 | _____<br>Hon. Mike K. Nakagawa<br>United States Bankruptcy Judge |

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>CHRISTIAN MESSNER,<br><br>　　　　　　Debtor. | BK-S-10-27054-MKN<br>Chapter 13<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

### ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on October 25, 2010.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

/ / /

3

1  **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount

2  of $150.00 per quarter that case is pending.

3  DATED this 12th day of November, 2010.

5  Submitted by:

7  /s/ Marianne Gatti

8  MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
9  Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

4